FILED
MAY - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S. District Court
For the District of Columbia

Timothy Doyle Young
#60012-001
USP-Max-ADX
PO Box 8500
Florence, CO 81226

v.

Case: 1:07-cv-00817
Assigned To : Unassigned
Assign. Date : 5/4/2007
Description: Pro Se Gen. Civil

Bureau of Prisons
320 First St., N.W.
Washington, DC 20534

Counselor Madison
USP-Max-ADX
PO Box 8500
Florence, CO 81226

RECEIVED
MAR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Complaint

① The BOP has been grossly indifferent to my Constitutional Rights since July 2006.

Page One

1

② I filed a complaint in the USDC (Denver) 04-RB-589 (05-1120) which was dismissed because of the reasons set forth in 06-CV-1253.

③ 06-CV-1253 was dismissed because of the Defendants 1st Amendment retaliation which prevented me from prosecuting the case.

④ All 20 Defendants were served with 3 Motions for a Prelim. Inj. describing the denial of access/retaliation about 6 weeks before dismissal (dkt. #32, #35, #41).

⑤ Also, Counselor Madison told me that I was put on "Security Threat Status", with my picture posted, <u>because</u> of the lawsuit, so this case and situation were known by all.

PAGE TWO

(6) My 1st Amendment Rights have been violated 4 different ways on numerous occasions: (A) denial of access to grievance forms, PLRA exhaustion, and to the Courts; (B) retaliation; (C) denial of the right to receive information under FOIA, and (D) denial of correspondence with the ACLU, Judicial Watch, law enforcement agencies, the U.S. Attorney, D.O.J., and this Court.

(7) The BOP employees responsible have not been disciplined, demoted, transferred, or terminated.

(8) The day after the U.S. Attorney General visited this prison, the Defendants confiscated <u>all</u> of my legal materials, legal addresses, documented evidence, grievances, and postage stamps. That was 2-22-07

Page Three

and it still has not been returned to me. An inmate can have all of these items, anywhere, under any restrictions. This is current retaliation, in addition to the photocopying denial, that is impeding my ability to write this complaint.

⑨ Rejection Notices for grievances have been falsified on numerous occasions causing delay or outright denial of PLRA exhaustion in violation of the Privacy Act, 18 USC §1001, First, and Fifth Amendments.

⑩ Grievance responses have been falsified knowing that they are Public Records and used in Court for the exhaustion issue (436072-F1, 425106-F3, 425106-R1, 418470-F1, etc.).

⑪ FOIA requests for copies of cases from

Page Four

missing books or missing pages have been ignored and is impeding my access. 333 F3d 1199 deals with the Court's duty to serve process in the 10th Circuit and is a major issue in 06-cv-1253 (06-1494), but has been lost for more than nine months.

## Claim Two

(12) Counselor Madison has delayed outgoing legal mail on several occasions by as much as 8 days, refused to mail legal letters (ACLU, Judicial Watch, law enforcement agencies), and has mailed legal letters to the U.S. Attorney, DOJ, and this Court (Notice of Appeal for 07-343 Urbina) without postage. None of these are

Page Five

covered by the "Prison Mailbox Rule" because of this prisons rules.

⑬ Grievance forms were denied to me numerous times (8-7-06, 1-23-07, 2-19-07, etc.) and altered at least once causing rejection (441212-F1) by Counselor Modison.

⑭ Counselor Madison shookdown my cell in retaliation the very same day that I filed a grievance on him. He confiscated an expensive hardback dictionary and did not include it on the confiscation form, which he later destroyed to hide his misconduct. The Lieutenant made him return the Dictionary.

⑮ Counselor Modison stopped photocopying

PAGE SIX

court documents in retaliation for a grievance I filed 2 days earlier (424741 or 424744) and this caused the dismissal of 06-Cv-1253.

### Claim Three

(16) Incoming time-sensitive appeal forms from the USDC were delayed by 23 days and it was missing a "Pro Se Docketing Statement". The BOP's refusal to treat incoming mail from the USDC and U.S. Attorney as legal mail is arbitrary and in violation of the A.P.A., 1st, and 5th Amendments. Mail from these two sources trigger time limits and obligations.

### Claim Four

(17) The PLRA "3 Strikes" Clause is unconstitutional

because it will deprive me of <u>all</u> rights based solely by reason of poverty, not merit. Everyone in the U.S. is entitled to 5th Amendment Due Process protections. Similarly situated inmates with 3 strikes and money, still have access and Due Process protections.

(18). The Courts have Inherent Powers to prevent Chunky Peanut Butter cases without the "3 Strikes" Clause. This was enacted to regulate Judges, not inmates, in violation of the Separation of Powers Doctrine.

(19) The "3 Strikes" Clause is an exaggerated response impinging on Constitutional Rights.

(20) I request a Jury Trial.

PAGE EIGHT

## Relief

A.) $6,322.53 Special-Actual Damages and $25,000.00 Punitive Damages.

B.) $100,000.00 for violations of the Privacy Act and 18 USC §1001 because of the intent <u>and</u> success of depriving me of Constitutional Rights.

C.) $100,000.00 for violations of: 1st Amend. (access); 1st Amend. (retaliation); 5th Amend. (Procedural); 5th Amend. (substantive); 42 USC §1997d (retaliation); 42 USC §12203; 42 USC §1985(2)(i)(deterrence); 42 USC §1985(2)(ii)(injury); 42 USC §1986; 42 USC §1988; and/or 18 USC §241.

D.) <u>Injunctive Relief</u>: An Order requiring compliance with 28 CFR 543.11(g)(photocopying); An Order requiring compliance with 28 CFR 540.21(b)(legal env.); An Order requiring compliance with 28 CFR 540.21(d)(legal postage) so I can protect my legal mail with the "Prison Mailbox Rule"; An Order requiring that incoming mail from the USDC and U.S. Attorney be treated as legal Mail; An

PAGE NINE

Order requiring the ADX legal library to replace missing books.

E.) Declaratory Relief: declaration that the requirement of "Special Mail-open only in presence of inmate" for the <u>list of approved legal mail sources</u>, is arbitrary and useless and stricken from 28 CFR 540.12(b); Declaration that "3 strikes" clause is a violation of Separation of Powers, unconstitutional infringement of Due Process, and/or is an exaggerated response.

F) Termination of BOP employees who committed criminal acts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2007.

Timothy Doyle Young #60012-001
USP Max ADX
PO Box 8500
Florence, CO    81226