FILED

MAY - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TIMOTHY DOYLE YOUNG,                    )
                                        )
      Plaintiff,                    )
                                        )
     v.                                )     Civil Action No.     07  0817
                                        )
BUREAU OF PRISONS, et al.               )
                                        )
      Defendants.                   )

### TRANSFER ORDER

This matter comes before the Court on review of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. Plaintiff is an inmate at the United States Penitentiary in Florence, Colorado. He claims that prison officials are interfering with his right to access to the court and are retaliating against him.

The complaint does not reveal any connection to this judicial district. The events giving rise to plaintiff's claims occurred in Colorado. Under Title 28 U.S.C. § 1404(a) a court may transfer a case to any other district where it might have been brought "[f]or the convenience of parties and witnesses, in the interests of justice." In the interests of justice, it is

**ORDERED** that the case is **TRANSFERRED** to the United States District Court for the District of Colorado. Whether plaintiff should be permitted to proceed *in forma pauperis* is a matter to be addressed by the transferee court.

_____
United States District Judge

Dated: _4/3/07_

3